


1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7



8           IN THE UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA
10

11 In the Matter of the Search of:                CASE NO. 2:18-SW-598-AC
   THE CELLULAR TELEPHONE ASSIGNED
12 CALL NUMBER (916) 680-0751, WITH IMSI          [PROPOSED] ORDER COMMANDING SPRINT
   NUMBER 310120160029531                         CORP. NOT TO NOTIFY ANY PERSON OF THE
13                                                EXISTENCE OF SEARCH WARRANT
14                                                **UNDER SEAL**

15       The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

16 the Court issue an Order commanding Sprint Corp., an electronic communication service provider

17 and/or a remote computing service, not to notify any person (including the subscribers and customers of

18 the account(s) listed in the search warrant) of the existence of the search warrant authorized in this

19 matter on July 20, 2018, for a period of 180 days from the date of this Order.

20       The Court determines that there is reason to believe that notification of the existence of the

21 search warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving

22 targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence,

23 change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an

24 individual. *See* 18 U.S.C. § 2705(b).

25       IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Sprint Corp. shall not disclose

26 the existence of the search warrant or this Order of the Court, to the listed subscriber or to any other

27 person, for 180 days from the date of this Order, except that Sprint Corp. may disclose the search

28 warrant to an attorney for Sprint Corp. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 8-1-18

_____
Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE