1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**SEALED**

**FILED**

AUG 2 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:18-SW-0598 AC |
| --- | --- |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 680-0751, WITH IMSI NUMBER 310120160029531 | [PROPOSED] ORDER DELAYING NOTICE |
| | **UNDER SEAL** |

15      The United States has represented that there exists an ongoing investigation into sex trafficking
16 activities of the parties named in the application and order, signed July 20, 2018, which authorized
17 agents of the Federal Bureau of Investigation to ascertain the physical location of the Sprint Corp.
18 cellular telephone currently assigned telephone number (916) 680-0751, ("TARGET CELL PHONE"),
19 including but not limited to E-911 Phase II data (GPS and/or other precise location information)
20 concerning the TARGET CELL PHONE (the "requested Information"), for a period of 30 days.
21      The government has further represented that service of the notice required by Federal Rules of
22 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence
23 to the targets.
24      Therefore, the Court hereby ORDERS that the time within which the United States shall be
25 required to serve the notice shall be postponed for 90 days from August 20, 2018.
26 //
27 //
28 //

1   Should the United States seek further postponement of the time within which it must serve the
2   notice, it shall make further application to this Court.
3   IT IS SO ORDERED.

Dated: 8-21-2018

Hon. Edmund F. Brennan
United States Magistrate Judge