1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

**FILED**

MAR 0 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>The cellular telephone assigned call number (916) 680-0751 | CASE NO. 2:18-SW-598 AC<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |

The United States' motion to unseal the Search Warrant and this case is GRANTED.

DATED: 3/5/19

_____
Hon. Allison Claire
United States Magistrate Judge

1